No. 509. EUBANK *v.* OHIO. Appeal from the Supreme Court of Ohio. Decided November 8, 1937. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Smith* v. *Alabama,* 124 U. S. 465, 480,

482; *Dent* v. *West Virginia,* 129 U. S. 114, 121, 122; *Smith* v. *Texas,* 233 U. S. 630, 636, 637; *Graves* v. *Minnesota,* 272 U. S. 425, 427. *Mr. U. G. Denman* for appellant. *Mr. Herbert S. Duffy* for appellee.